

IN THE
TENTH COURT OF APPEALS

No. 10-16-00419-CV

DEALERON, INC.,

Appellant

v.

KRIS BROWN CHEVROLET, BUICK, GMC, LLC,

Appellee

From the 413th District Court
Johnson County, Texas
Trial Court No. DC-C201600336

## MEMORANDUM OPINION

Dealeron, Inc. appealed the trial court's Order Denying Defendant's Motion to Compel Arbitration. Dealeron, Inc. has now filed an unopposed motion to dismiss its appeal.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 11, 2017
[CV06]

